COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Edward King Alexander, Jr.
Calcasieu District Defender
P. O. Box 3757
Lake Charles LA 70602

**REHEARING ACTION: October 7, 2011**

**Docket Number: 11   01222-KW**

**STATE OF LOUISIANA**
**VERSUS**
**DONNY JOSEPH SIMON**

**Writ Application from Calcasieu Parish Case No. 32127-10**

**BEFORE JUDGES:**

**Hon. Elizabeth A. Pickett**
**Hon. Shannon J. Gremillion**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Donny Joseph Simon** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent
    Carla Sue Sigler, Counsel for  the Respondent
    Cynthia Guillory Lands, Counsel for  the Respondent